UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN TYRONE GREEN,

    Plaintiff,

v

D. DOLCE et al.,

    Defendants.

_____/

CIVIL NO. 10-11458

HON. PAUL D. BORMAN

## ORDER OF DISMISSAL

The plaintiff, having filed a motion for voluntary dismissal on July 6, 2010 , and the remaining defendant has not filed an answer, therefore,

**IT IS ORDERED** that the complaint is **DISMISSED WITHOUT PREJUDICE**.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: July 8, 2010

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 8, 2010.

        s/Denise Goodine
        Case Manager